## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT WICHITA, KANSAS

OTTO MAYNARD,

        Plaintiff,

-vs-                                 Case No.

HARRY WEIR,

        Defendant.

_____

### <u>COMPLAINT</u>

Plaintiff by and through counsel Tony L. Atterbury of the Bull Attorneys, P.A. and for Plaintiff's claims against Defendant, alleges and states:

1.     Plaintiff Otto Maynard is a resident and citizen of the State of Oklahoma.

2.     Defendant Harry Weir is a resident and citizen of the State of Kansas and may be served with process at his residence located at 1325 Money Avenue Apartment 19A, Augusta Kansas.

3.     This action is brought pursuant to 28 U.S. Code § 1332(a) on the basis of diversity of citizenship and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4.     This court has proper venue and jurisdiction over the persons and subject matter.

5.     On or about February 20, 2021, the Plaintiff was operating a motor vehicle westbound on Highway 54 in Butler County, Kansas when the Defendant who was traveling northbound on Pampas Road when he negligently, carelessly and recklessly ran the stop sign striking the Plaintiff's vehicle, thereby causing a collision, as well as injuries and damages to the Plaintiff.

6.     Samuel Vance, an independent witness to the accident reported to the investigating that he witnessed the Defendant fail to stop at the sign and proceed to strike the Plaintiff's vehicle causing it to rollover.

7.     Mathew Dennett, another independent witness also told the investigation officer that he witnessed the Defendant strike the Plaintiff's vehicle and it looked like they were trying to "beat the jeep [plaintiff's vehicle] through the intersection…"

8.     The Defendant made an admission against interest when he told the investigating officer that the pressed the gas pedal instead of the brake when he tried to stop.

9.     The investigating officer determined that the Defendant was at-fault for the accident by failing to yield the right-of-way.

10.    The actions and/or omissions of the uninsured motorist are negligent and careless for the following reasons:

     a.     Failing to yield the right-of-way;

     b.     Failing to comply with a traffic control device;

     c.     Failing to properly operate a motor vehicle;

     d.     Distracted and/or inattentive operation of a motor vehicle;

     e.     Failing to keep a proper lookout;

     f.     Failing to exercise ordinary care;

     g.     Failing to signal;

     h.     Failing to warn;

     i.     Failing to take evasive action;

     j.     Speeding;

k.      Careless driving;

l.      Reckless driving;

m.      Inattentive driving;

n.      Upon information and belief, violation of K.S.A. 8-15,111 which places a duty upon drivers not to operate a motor vehicle while using a wireless communications device to write (i.e., type), send, or read a written communication including, but not limited to, a text message, instant message, or electronic mail;

o.      Negligence and negligence per se for violations of laws, ordinances, and/or statutes of the State of Kansas and/or the County of Butler;

p.      Other negligent and/or careless actions and/or omissions to be supplemented after discovery.

11.      As a direct and proximate result of the negligent, careless and reckless actions and/or omissions of the Defendant, the Plaintiff received multiple injuries to his body, including, but not limited to his head, neck, ribs and suffered both a lacerated scalp and spleen which required him to be hospitalized for multiple days.  The Plaintiff may have had aggravation to a pre-existing condition or conditions, was otherwise injured, and has been damaged with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability.  In the future, the Plaintiff will suffer with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability.  For the aforementioned damages, the Plaintiff has been damaged in

3

an amount in excess of $75,000.00.

WHEREFORE, each of the Plaintiff prays for a judgment against Defendant in an amount in excess of $75,000.00 each, for costs herein and for such other and further relief as the Court deems just and equitable.

BULL ATTORNEYS, P.A.

/s/ Tony L. Atterbury
Tony L. Atterbury, #20314
10111 E. 21st Street North, Suite 204
Wichita, Kansas 67206
Ph: 316-684-4400 / Fax: 316-684-4405
tony@bullattorneys.com
*Attorney for Plaintiff*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW, the Plaintiff and demands a pretrial conference and a trial by jury in this matter.

BULL ATTORNEYS, P.A.

/s/ Tony L. Atterbury
Tony L. Atterbury, #20314

## DESIGNATION FOR PLACE OF TRIAL

COMES Now, the Plaintiff designates Wichita, Kansas as the place for trial in this matter.

BULL ATTORNEYS, P.A.

/s/ Tony L. Atterbury
Tony L. Atterbury, #20314